IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-40952
Summary Calendar
_____


LINDA PIPER,

                                        Plaintiff-Appellant,

versus

KIMBERLY-CLARK CORPORATION,

                                        Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 3:95-CV-51
- - - - - - - - - -
August 28, 1998

Before JOLLY, SMITH, and WIENER, Circuit Judges.

PER CURIAM:[*]

     Linda Piper, a former employee of Kimberly-Clark Corporation ("KCC") appeals the district court's summary-judgment dismissal of her lawsuit, alleging that she had been discriminatorily discharged because she was disabled and because she had filed a worker's compensation claim, in violation of the Americans with Disabilities Act ("ADA") and Texas law.  She contends that the district court erred in determining that she had failed to present qualifying summary-judgment evidence that she was

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

disabled withing the meaning of the ADA and failed to demonstrate

a factual dispute regarding KCC's nondiscriminatory motive for her discharge.

We have carefully reviewed the briefs, the record excerpts, and the summary-judgment record and find no reversible error. Accordingly, we affirm for the same reasons stated by the district court.

AFFIRMED.